# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TEXTRON FINANCIAL      :      09-cv-1714
CORPORATION,      :
     :
        Plaintiff,      :      Hon. John E. Jones III
     :
     v.      :
     :
TURBINE AIRFOIL DESIGNS,      :
INC., CHASECO CAPITAL      :
CORPORATION, THE WALTON      :
JOHNSON GROUP, INC., JOHN      :
A. WALTON,      :
     :
        Defendants.      :

FILED
HARRISBURG, PA

JAN 0 5

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## MEMORANDUM AND ORDER

### January 5, 2010

## THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

Plaintiff Textron Financial Corporation ("Plaintiff" or "Textron") filed a
Complaint (Doc. 1) alleging breach of contract against Defendants Turbine Airfoil
Designs, Chaseco Capital Corporation, the Walton Johnson Group, and John A.
Walton (collectively, "Defendants") on September 3, 2009. Plaintiff concurrently
filed an Emergency Motion to Appoint a Receiver. (Doc. 3). After several
hearings, conferences, and other procedural steps, Plaintiff instead elected to
conduct an auction of the Collateral. The auction has been completed, and the

Court is in receipt of a status report so indicating. (Doc. 65). The finality of Plaintiff's election of remedy pursuant to the loan documents is clear, and therefore the Court will deny Plaintiff's Motion to Appoint a Receiver (Doc. 3) as moot.

Because the Court and the parties have been consumed thus far with the time-sensitive issues regarding the disposition of the Collateral, the scheduling of a trial track for this civil action has fallen by the wayside. Plaintiff's Complaint (Doc. 1), Defendants' Answer and Counterclaims (Doc. 43), and Plaintiff's Motion to Dismiss Defendants' Counterclaims (Doc. 52), are all still pending before the Court. Therefore, a status conference to determine the procedural posture of all issues outlasting the resolution of the auction, including scheduling further proceedings, is now appropriate.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. Plaintiff's Emergency Motion to Appoint a Receiver (Doc. 3) is **DISMISSED** as moot;

2. The Court shall conduct a telephonic status conference with counsel for the original parties on Wednesday, January 13, 2010 at 2:00 p.m. Plaintiff's Counsel shall initiate the call. **Chamber's telephone number is (717)221-3986.**

3.     Counsel shall be prepared to discuss the scheduling of further

proceedings in this case, and, in aid of doing so, shall consult with

each other prior to the said status call. A copy of the Court's 2010

and 2011 Court Calendar is attached hereto.

John E. Jones III
United States District Judge

## Judge Jones
## 2010 Court Calendar

| Trial list | Discovery Cut-off | Dispositive Motions Cut-off | Final Pre-Trial Conferences | Jury Selection |
|---|---|---|---|---|
| January | 9/15/09 | 10/1/09 | 12/1/09 | 1/5/10 |
| February | 10/15/09 | 11/3/09 | 1/4/10 | 2/3/10 |
| March | 11/16/09 | 12/1/09 | 2/1/10 | 3/2/10 |
| April | 12/15/09 | 1/4/10 | 3/1/10 | 4/6/10 |
| May | 1/15/10 | 2/2/10 | 4/5/10 | 5/4/10 |
| June | 2/12/10 | 3/2/10 | 5/3/10 | 6/2/10 |
| July | 3/12/10 | 4/1/10 | 6/1/10 | 7/2/10 |
| August | 4/15/10 | 5/3/10 | 7/1/10 | 8/3/10 |
| September | 5/14/10 | 6/1/10 | 8/2/10 | 9/3/10 |
| October | 6/15/10 | 7/1/10 | 9/1/10 | 10/4/10 |
| November | 7/15/10 | 8/3/10 | 10/1/10 | 11/2/10 |
| December | 8/13/10 | 9/1/10 | 11/1/10 | 12/3/10 |

**Case Management Conferences:**
1/27/10
2/26/10
3/31/10
4/30/10
5/28/10
6/30/10
7/30/10
8/31/10
9/29/10
10/29/10
11/30/10
12/29/10

**Judge Jones**
**2011 Court Calendar**

| Trial list | Discovery Cut-off | Dispositive Motions Cut-off | Final Pre-Trial Conferences | Jury Selection |
|---|---|---|---|---|
| January | 9/15/10 | 10/1/10 | 12/1/10 | 1/5/11 |
| February | 10/15/10 | 11/3/10 | 1/4/11 | 2/2/11 |
| March | 11/16/10 | 12/1/10 | 2/1/11 | 3/2/11 |
| April | 12/15/10 | 1/4/11 | 3/1/11 | 4/4/11 |
| May | 1/14/11 | 2/2/11 | 4/1/11 | 5/3/11 |
| June | 2/11/11 | 3/2/11 | 5/2/11 | 6/3/11 |
| July | 3/11/11 | 4/1/11 | 6/1/11 | 7/5/11 |
| August | 4/15/11 | 5/3/11 | 7/1/11 | 8/2/11 |
| September | 5/13/11 | 6/1/11 | 8/1/11 | 9/5/11 |
| October | 6/15/11 | 7/1/11 | 9/2/11 | 10/4/11 |
| November | 7/15/11 | 8/3/11 | 10/3/11 | 11/2/11 |
| December | 8/12/11 | 9/1/11 | 11/1/11 | 12/5/11 |

**Case Management Conferences:**
1/31/11
2/28/11
3/30/11
4/25/11
5/31/11
6/29/11
7/29/11
8/31/11
9/30/11
10/31/11
11/30/11
12/29/11